IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| FELICIA LINELL, | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | *    No. 5:05cv00129 SWW |
| | * |
| | * |
| | * |
| CITY OF PINE BLUFF, a municipal | * |
| corporation; DANIEL MOSES, Chief, | * |
| Pine Bluff Police Department, in his official | * |
| and individual capacities; OFFICER JOHN | * |
| EUGENE "DUSTY" JONES, in his official | * |
| and individual capacities, | * |
| | * |
| Defendants. | * |

ORDER

By Memorandum and Order entered December 20, 2006 [doc.#40], this Court granted

summary judgment in favor of separate defendants, City of Pine Bluff, Daniel Moses, Chief of

Police, in his official and individual capacities, and Officer John Eugene "Dusty" Jones, in his

official capacity only.  The Court entered judgment that same day dismissing this action.

However, this Court did not address in its Memorandum and Order plaintiff's claims against

Officer Jones in his individual capacity (there being no request that this Court do so) and, hence,

should not have entered judgment dismissing this case.  Accordingly, the Court grants plaintiff's

motion for reconsideration [doc.#43] and hereby amends its Memorandum and Order to reflect

that this action will proceed as to plaintiff's 42 U.S.C. § 1983 action against Officer Jones in his

individual capacity and as to plaintiff's state-law claims against Officer Jones, but that summary

judgment is granted on all other claims.  In that respect, the Court vacates the judgment entered

December 20, 2006 [doc.#41], and reinstates plaintiff's 42 U.S.C. § 1983 action against Officer

Dockets.Justia.com

Jones in his individual capacity and reinstates plaintiff's state-law claims of tort of outrage,

assault, battery, and false imprisonment as to Officer Jones.  The Court reaffirms its

Memorandum and Order in all other respects.


IT IS SO ORDERED this 21st day of December 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE